# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 13, 2022

## NO. 03-22-00095-CR

**Adrian Garza, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Adrian Garza, Jr. has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Adrian Garza, Jr. to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.